UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARY GALAN,<br><br>　　　　Defendant. | Case No. 1:16-cr-252-BLW<br><br>MEMORANDUM DECISION AND ORDER |

## INTRODUCTION

The Court has before it a motion for early termination of supervised release. The Government and the Probation Office have no objection to the motion. For the reasons expressed below, the Court will grant the motion.

## LEGAL STANDARD

Early termination of supervised release is governed by 18 U.S.C. § 3583(e)(1), which requires the court to consider factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable. *U.S. v. Gross*, 307 F.3d 1043, 1044 (9th Cir. 2002). After considering those § 3553(a) factors, the court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). "The expansive phrases 'conduct of the defendant' and 'interest of justice' make clear

**Memorandum Decision & Order – page 1**

that a district court enjoys discretion to consider a wide range of circumstances when considering whether to grant early termination." *U. S. v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).

## ANALYSIS

Mrs. Galan is 70 years old. She was sentenced to 24 months prison and 36 months of supervised release. She has served her prison time and about half of her supervised release sentence. She is in poor physical health and suffers from type II diabetes with neuropathy, hyperlipidemia, hypertension, osteoarthritis and depression. Her husband has died since her incarceration and she lives with her son. She is currently unemployed due to her age and health. She was ordered to pay restitution in the amount of $336,926.00 and has paid a total of $7,804.55 towards that balance. An early termination of supervised release will not affect her restitution obligation.

Considering her age, health, time served, and the fact that the U.S. Attorney and Probation Office have no objection to an early termination, the Court will grant the motion.

## ORDER

In accordance with the Memorandum Decision above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for early termination of supervised release (docket no. 32) is GRANTED.

IT IS FURTHER ORDERED, that the defendant Mary Galan is HEREBY RELEASED from further supervision by U.S. Probation and shall be deemed to have satisfied her sentence in this case.

**Memorandum Decision & Order – page 2**

DATED: June 16, 2020

B. Lynn Winmill
U.S. District Court Judge